# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

135900

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

D'JUAN GARRETT,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135900
COA: 282182
Wayne CC: 03-012254-01

      On order of the Court, the application for leave to appeal the January 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

s0915